In Appeal To: Universal Celestial Meridian High Court

FEDERAL BY SOVEREIGN DIVERSITY

FILED 25 JAN '16 11:40USDC-ORP

6:16-CV-124-TC

William Kinney III ©            )
    Plantiff,                    )     EXTRAORDINARY WRIT
                                 )     OF HABEAS CORPUS
    Vs.                          )
                                 )     (EMERGENCY)
STATE OF OREGON                  )
                                 )     Ubi Jus Ibi Remedium
    Defendant,                   )     CASE # 16CN00050

To Stare decisis as Veiled Terrible ab initio Mundi.

COMES NOW PLANTIFF, whose Stockbroker name is William X Nietzche, who is the Legal and Lawful Custodian of customer name/account(s): WILLIAM KINNEY III ©; 541333190©; 145416470©; common Law principal Interest Claim of Right; who is to be the Absolutely entitled beneficiarie of all recieved Restitution and/or Benefits of said accounts; who motions this Court of Record by an extremely extraordinary, equitable, act in Personam for Writ of Habeas Corpus for reason pertaining to Plantiffs current unlawful incarceration in the MARION COUNTY JAIL; wherein Plantiff has been denied DUE PROCESS OF LAW by a FALSE JUDGE ROGUE FIDUCIARY TRUSTEE ~~of Justified Rule~~ of ~~at~~ the INCORPORATION advertised as the STATE OF OREGON through the administrative agency of the incorporation advertised as MARION COUNTY; inwhich said FALSE JUDGE ROGUE FIDUCIARY TRUSTEE arbitrarily abused her summary contempt power by holding Plantiff in contempt for reasons unknown to ~~defacto~~ Plantiff at this time; wherein Plantiff has not not been informed of the alleged charge against him by any proper notification; wherein Plantiff has only been informed verbally by MARION COUNTY DEPUTY'S that Plantiff has been Tried, Convicted and Sentenced to 30 days in MARION COUNTY JAIL;

On 1-6-16 Plantiff was in attendance at MARION COUNTY COURT located at 4000 Aumsville Hwy SE, Salem OR 97317, supporting a friend who had traffic court for a driving while suspended charge; along with another friend who was in attendance for support as well. Plantiff and the friend who was in attendance for support, sat in the front row of the gallery awaiting for their friend to be called for Court. The FALSE JUDGE ROGUE FIDUCIARY TRUSTEE who was presiding acknowledged my friend sitting next to me to remove his turban from his head in her court room, inwhich he replied: "By Me removing this from my head, you agree to me piercing the corporate Veil." The FALSE JUDGE ROGUE FIDUCIARY TRUSTEE presiding then demanded for MARION COUNTY DEPUTIES to remove him from the court room. As MARION DEPUTIES were hand cuffing him, Plantiff gathered his friends personal belongings (a pile of folders) and followed MARION COUNTY DEPUTIES and his friend out of the court room. As Plantiff was nearing the exit of the courtroom, along with Plantiff's friend who had court, MARION COUNTY DEPUTIES recieved a call on their two way radios and then proceeded to detain Plantiff and friend who had court.

Plantiff and his two friends were then arrested and taken into MARION COUNTY JAIL for booking/intake on summary contempt charges, being verbally told by MARION COUNTY DEPUTIES that Plantiff and his two friends had all recieved 30 day sentences.

Plantiff, upon booking/intake process, peacefully protested the booking/intake process claiming to be denied due process of law. Plantiff was then subjected to cruel and unusual punishment by MARION COUNTY JAIL STAFF, in which Plantiff was held in holding cells subject to freezing conditions in just his socks, jeans and a tanktop for approximately 60 hours, being forced to sleep on concrete ground and/or wooden benches from 1-6-16 to the late evening of 1-8-16, wherein Plantiff was transferred to a cell on the administrative segregation unit and finally given a mattress and blanket. From 1-6-16 until 1-12-16, Plantiff was denied access to a writing utensil and paper. Plantiff, while lodged in administrative segregation, from 1-8-16 until 1-12-16, was placed next to a woman inmate who suffered from a mental disability, who inmates on the administrative segregation unit refferred to as "Carrie", would yell all night from 9pm until 5AM racial slurs and epithets about "Killing Niggers" and other such derogatory remarks. Plantiff has been deprived of showers for long periods of time and

Plantiff is still lodged in Maximum Security within the MARION COUNTY JAIL and is still yet to recieve any written notification as to his unlawful incarceration. Plantiff has not been afforded equal opportunity of defending against charges against him, nor has plantiff been afforded allocution, nor due process of law.

THEREFOR Plantiff prays his extraordinary Writ of Habeas corpus is granted. Fictio Juris non est ubi veritas.

I, Plantiff, swear under penalty of perjury that the above mentioned is the Truth, the whole Truth so help me God.

This extraordinary writ of Habeas Corpus is dated the twentieth day of the first month in the year of our Lord two thousand and sixteen.

Further Affiant sayith naught

_[signature]_ ©All Rights Reserved, Writ
EMPLOYER SIGNATURE-EE 3409     under T.D.C.

At the mouth of two or three witnesses shall the matter be established

witness _[signature]_   Print name  LAYCE SHINAULT

witness _[signature]_   Print name  KILEY ROS

witness _[signature]_   Print name  JOHN YOUNG