# 7011 2000 0000 6164 7991
# 7011 2000 0000 6164 8004

Lis Pendens Federal Government Equity Tax Lien #1150178 is kindly to be attach to your Laches to insure quality payment.

**APPEALING TO UNIVERSAL CELESTIAL MERIDIAL HIGH COURT OF HEAVEN DURING AN OFFICIAL ENGAGEMENT IN A CONFLICT OF LAWS® TO BID WAGER OF LAW IN CHANCERY IN THE INFERIOR FEDERAL NINTH CIRCUIT COURT FOR THE INCORPORATION ADVERTISED AS THE STATE OF OREGON FOR THE INCORPORATED ADMINISTRATIVE AGENCY OF MULTNOMAH COUNTY**

COMES NOW Plaintiff, with an extremely extraordinary equitable act in personam, whose Stockbroker Name is: William X Nietzche©, Legal and Lawful Custodian of customer name account# WILLIAM KINNEY III©;#548©;#541333190©; #658714©; #14541647© and any and all derivative accounts thereof; with Common Law Principal Interest claim of Right as Primary Beneficiary of ALL received Restitution of ALL received Benefits for and within said account(s), whose Judicial Meridial Dignity stands as Supreme Chief Minister and Co-Founder of The Salish Sqą́jət K'ʷabacábš Tribal Republic® (SSKTR) and Common Law Exchequer Fact Finder Sui Juris Marshall of Peace for the Supreme Divine Jurisdiction of NOW time of the Embassy of Peace located at 4406 North Mississippi Avenue Portland Oregon [97217] (exempt from levy), concerning Official Business of Divine Internal Revenue Service for said Universal Celestial Meridial High Court of Heaven.

SSKTR
    Plaintiff,        Case number: 16CV124
    Vs.

) (AFFIDAVIT)
)
) **Qui Tacit Consentire Veditur**
STATE OF OREGON; OREGON POST )  **EX PARTE**
PRISON AND PAROLE; MULTNOMAH ) **EQUITY ACT IN PERSONAM**
COUNTY; ANY AND ALL TERRITORIAL ) **AD TESTIFICANDUM**
JURISDICTIONS WITHIN THE UNITED ) **AD PROSEQENDUM**
STATES, LOCAL, STATE AND FEDERAL )
CORPORATIONS, et.al; THIRD PARTY )
    Defendant(s),

"STATUS QUO VEILARD TERRIBLE AB INITIO MUNDI"
(STATUS OF ANCIENT LAWFUL TERROR OF WHATS LEGAL FROM THE BEGINNING OF THE WORLD)

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

**Plaintiff**, William X Nietzche©, by motion of equitable assignment for equitable Estoppel, hereby appoints fellow Chief of Jurisprudence for The Salish Sqájɵt K'ʷabacábš Tribal Republic® (SSKTR) and fellow Judicial Meridial Dignitary of Divine Internal Revenue Service, Sovereign Public Ambassador Sui Juris Marshall of Peace for the Supreme Divine Jurisdiction of NOW time, G.zuss Crisis©, legal and lawful custodian of customer name#79351 JOHNSON KING INGE©, as Authorized Speaker to arbitrate and litigate with Plaintiff for Judgement Creditorship of Equitable cause of action.

## SUBSTANTIAL FACTS:

Any facts mentioned herein are without prejudice to any rights of Petitioner. Petitioner has sought and continues to seek remedy to over-turn unlawful convictions decreed by a Multnomah County Inferior court of a 66 month sentence arising from two (2) counts of driving while suspended or revoked, each count carrying (30) months ran consecutive for a total of sixty (60) months; and six (6) months for possession of cocaine. Petitioner has made numerous good faith attempts to obtain U.S. Passport to exercise his inalienable immovable Sovereign De Jure Right to travel to be a family with wife and children abroad in Lgungby Sweden, but has been denied several times by Respondent(s). Petitioner's wife and Children are native nationals of Sweden and currently live in Lgungby, Sweden. Plaintiffs most recent application to U.S. Passport Services was fraudulently denied on December 29, 2015 (see attached EXHIBIT A-denial letter with official veil removal).

Petitioner was arrested in May 2010 and sentenced in September 2010 to 66 months in prison; 60 months for driving while suspended or revoked and 6 months for possession of cocaine. Petitioner was released from custody on 90 day transition-leave in February of 2014, being released early through the alternative incarceration program(AIP); petitioner completed remainder of AIP out-patient treatment in May 2014, at which point petitioner's post-prison supervision of 24 months began. Petitioner has served approximately 22 months on post-prison supervision without any violations and remains in compliance. Petitioner has a wife, Angelica, whom he met in 2008 and married in 2011. Petitioner's wife is native to Sweden and came to America in 2006 to study and work. In 2009 Petitioner and his wife found out they were expecting twin boys. Because of the high risk pregnancy and a twin-to-twin-transfusion diagnosis, Petitioner's wife returned to Sweden alone for a second doctors opinion in February 2010. Petitioner's twin boys were born on March 19, 2010, three months premature. Petitioner's pending criminal cases prevented him from traveling with his wife to Sweden to be a part of the birth of his sons. Petitioner attempted to obtain a U.S. Passport back then and was denied by United States Passport services on or about May 2009.

Petitioner was subsequently arrested on pending criminal charges in May, 2010. Over the course of Petitioner's 4 and a half years of incarceration, petitioner's wife has traveled several times from Sweden with children to visit Petitioner during incarceration.

Petitioner was released from custody in February 2014. Petitioner and his family reunited in America in the summer of 2014. Petitioner's family visited America for 90 days on a temporary VISA, being that petitioner's wife and children are Swedish nationals.

Petitioner and his wife have applied with the Oregon Parole board several times for Petitioner to visit his wife and sons in Sweden, where she has a house, full time job as a counselor, and the boys are well established in school. Petitioner has been denied based on a $90,000 debt obligation to the STATE OF OREGON stemming from a bail revocation associated with petitioner's current crimes of convictions.

In July 2015, Petitioner's wife applied for a 6 month leave from work and an extended visa and travelled to America once again with the boys. During this stay petitioner and his wife conceived and are now expecting a daughter in March 2016.

In January 2016, the 6 month visa was up and Petitioner's wife and children were once again forced to leave and returned to Sweden. Petitioner's wife immediately scheduled ultrasound back in Sweden and doctors determined the baby to be very small -23% below average. This indicated that Petitioner's un-born daughter might suffer from a failure to thrive in which case she will have to be delivered pre-maturely just as her twin brothers.

Petitioner has already suffered irreparable harm and will continue to suffer irreparable harm if the parole board does not allow petitioner to travel to Sweden for the birth his daughter. Petitioner's wife and children have already suffered irreparable harm and will continue to suffer irreparable harm if petitioner is not present physically and emotionally to help his wife during this pregnancy. Petitioner is concerned about a pre-mature birth in which case petitioner's wife would require an extended stay of hospitalization in the Neonatal Unit; and this would create an extreme hardship of having no way of determining who to take care of petitioner's twin boys, thus requiring the involvement of social service.

Petitioner applied for U.S. passport in December 2015 and was denied in January 2016 based on petitioner's post-prison supervision.

Petitioner was unlawfully incarcerated in MARION COUNTY JAIL on January 6, 2016 until January 24, 2016 for political reasons, where Petitioner was deprived of due process of law by MARION COUNTY Judge A. BROILS who arbitrarily abused her contempt power by holding Petitioner and his 2 other friends in group contempt. Petitioner's friend was wearing spiritual head garments in which Petitioner's friend and Judge A. BROILS briefly engaged in conversation about until Judge A. BROILS lost her temper and had Petitioner and his 3 friends arrested for contempt. Petitioner was not provided with a hearing for said contempt charge nor was petitioner provided with any court documents his entire 24 day incarceration.

Petitioner has received Official Correspondence from the Swedish embassy in Washington D.C stating that his previous sentence does not affect him being able to visit and/or stay in Sweden.

## EQUITABLE CAUSE(S) OF ACTION

Respondent(s) are in violation of the sovereignty of SSKTR, the Law of Nations, and numerous federal anti-trust laws, including but not limited to: 1).Unfair Competition; 2). Unjust Enrichment; 3). Conscious parallelism; 4). Crimes against Humanity 5). Trespass

## JURISDICTIONAL AUTHORITY

SSKTR covenant; and the organic united states constitution of North-America, Article(s) 1 and 2 foreign political powers. Petitioner hereby claims any and all rights contained in treaties (international contracts), agreements, and constructive agreements concluded with States, and their successors, included but not limited to: All Ancient Foundational Treaties of Peace and Prosperity (lex non-scripta); Treaty of Point Elliot (1855); Treaty of Delaware (1778); Al Moroccan Treaty of Peace and Friendship (1787) [Also known as the Treaty of Marrakesh] and any and all applicable Human Rights Treaties, included but not limited to; Executive Order 13107 – Implementation of Human Rights Treaties (December 10, 1998); United Nations Universal Declaration of Human Rights at Paris, France (December 10, 1948); UN res. 61/295 – Declaration of Indigenous Rights; International Hague Convention; Indigenous and Tribal Peoples Convention, 1989 (No. 169) Adopted on 27 June 1989 by General Conference of the International Labour Organization at its seventy-sixth session Entry into force: 5 September 1991; CERD – Convention on the Elimination of All Forms of Racial Discrimination. And as such, We as Indigenous People have the right to have such treaties and/or international contracts, and rights contained in them honored by the governments that negotiated them. Any colorable or negative law (NON Organic Constitution) is in blatant violation of the Law of the Land.

## PRAYER FOR RELIEF

TO STARE DECISIS as Veilard Terrible ab intio mundi, it is so **ORDERED, "Qui Tacit Consentire Veditur"**, which translates to mean in law: **"He who is silent, is deemed to consent"**, to Chief Officer employee rogue fiduciary Trustee void hugging false judge as "penalty of consequence at law" in the presence of the Common Law Exchequer Fact Finder Sui Juris Marshal of Peace, "to administer abdication of legal error," which translates to mean in law: **"entirely to throw off, renounce, disown, and relinquish all insubstantial state private policy, judicial defects of conscious wrong doing at law,"** that consolidates this declaratory judgment by **Qui Tacit Consentire Veditur** that meets the extremely extraordinarily ancient legal maxim of legal latin in law: **"informia facti juris,"** which translates to mean in law: **"Infamy in law, in fact; the infamy which in fact exists inside of court rooms where the conscious wrongdoer and actor is supposed to be guilty of the crime but has not judicially been proved thus declared infamy in fact in law; also;** that is **infamy established by legal process as a consequence of crime,** surrounded with and by the extremely extraordinarily ancient authority of peace, coupled with the **AUTHORITY** of: **People v. Board of Police (NY)** 26 Barb 487, 501, **Commonwealth v. Green, (17 Tyng) 515,541.** which establishes my "good will value interest" of Judicial Meridial Dignity in Chancery.

It is so **ORDERED** "ubi tractatur de eius commodo", which translates to mean in law: "**He who is silent is deemed to consent, when his interest is at stake,**" and by order of an extremely extraordinary **Bill of Review** : to reverse an inferior suit of insubstantial state private policy into a superior suit of substantial meridial public policy, that is federal by sovereign diversity, by reviewing the inequitable defects on the face of the proceeding of an insubstantial incorporation having an insubstantial claim in fiction to knowingly and willingly, conspiratorially and evilly pose as a substantial claim in fact in a pubic and/or private and/or international court of chancery by fellow human beings whom are actually, factually and shamefully know in law as "**hugger-muggers,**" that instantly consolidates a "**revocable-trust of the account**" for knowingly, willingly, conspiratorially and evilly violating the Sacred Sovereign Trust in Chancery, therefore consolidating a "**self-executed waiver of sovereign guardianship**" thus a "**revocable trust of the presented account, it's creditorship and it's interest**", to the dignity of Plaintiff, thus consolidating my exemption of Internal Revenue Service Code 6166 and its perpetual bankruptcy causing collateral debt fiat jurisdiction arbitration, and litigation, to declare the extremely extraordinarily ancient legal maxim of legal latin in law: "**abdicatus tutelae**", which translates to mean in law: "**the resignation of a guardian**", upon the extremely extraordinarily unlucky Rogue Fiduciary Trustee. Plaintiff therefore seeks Equitable Assignment for an Equitable Estoppel.

It is so **ORDERED** "**Ubi Jus Ibi Remedium**", which translates to mean in law: "**equity imputes to fulfil an obligation of divine service**"; thus for every wrong, the law provides a remedy. Related Terms: Equity. An ambitious principle or maxim of law now often used, and well known to the common law but also part of the judicial arsenal in the Chancery court's (equity).

It is so **ORDERED** as statement of remedy for emergency equitable injunctive relief that an expedited issuance of a U.S.A. non-fee diplomatic passport be issued to Plaintiff within (3) days of this affidavit to fulfill divine obligations of Paternal responsibility to be present in Lgungby Sweden with his Lawfully wedded wife and biological twin boys for the expected birth of plaintiffs biological daughter. Expected delivery date of plaintiff's daughter is March 25th, 2016. Plaintiff's travel plans are March 12th, 2016.

**WHEREFORE, Plaintiff prays judgment against Defendants, and each of them, as follows:**
 **On all counts:**
 **For general damages in the sum of $75,000 plus treble damages;**
 **For medical, travel and related expenses according to proof;**
 **For loss of earnings according to proof;**
 **For interest as allowed by law;**
 **For costs of suit incurred; and**
 **For such other and further relief as the Court may deem proper.**

**I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.**

## MERIDIAL DUE PROCESS CLAUSE UPON ALL PRINCIPAL OF AGENT LIABILITY:

**ALL PRINCIPAL OF AGENT liability will be subject to federal law United States Code Annotated Title 18 section 241, Conspiracy Against the Sovereignty of Our Human Birthrights, that merits the penalties of the federal jurisdictional amount "that must exceed $75,000"; Title 28 United States Code Annotated subsection 1332(a). Also can be termed Jurisdictional Amount in a conflict of Laws; also Matter in Controversy, and that shall merit the penalties of $10,000 per fine, per public official, per co-conspirator, per violation; or, 10 years in prison per public official, per co-conspirator, per violation, or both, by exercising a federally filed constituted Bill of Particulars that constitutes our inalienable immovable Bill of Rights at Law in Chancery by executing and administering an Order of an extraordinary Bill of Attainder, that will delegate special equitable Legislation to convict without trial or hearing within the Supreme Divine Jurisdiction of NOW time, by warranting denominations of said Federal Jurisdictional amounts for sentences of arrest to our federal branch of government department of U.S. treasury located in Washington D.C. 620 SW Main Street and substantially to be charged the exact same for work done as said Divine Internal Revenue Service for said Supreme Divine Jurisdiction, thus honoring sovereign sui juris marshallship obligations of duty that is defined as an independent equity tax audit that appeals to Universal Celestial Meridial High Court of Heaven during an Official Engagement in a Conflict of Laws® to bid Wager of Law in Chancery.**

This Affidavit is dated the __8th__ day of the __3rd__ month in the year of our Divine Creator Two Thousand and sixteen.

**FURTHER AFFIANT SAYITH NAUGHT**

[SEAL]

_(signature)_

William X Nietzche -Common Law Exchequer Fact Finder- Judicial Meridial Dignitaries/ Supreme Chief Minister/Co-Founder of SSKTR© **ALL RIGHTS RESERVED, DROIT. Signature made parallel to UCC 1-308, 2-211, 2-213**


**ATTACHMENTS:**

EXHIBIT A-denial letter with official veil removal

EXHIBIT B-Proof of Voided jurisdiction

EXHIBIT C-Rule Nisi Equity Financing Statement for Additional Security on the Supersedeas Bond

## CERTIFICATE OF SERVICE

FILED 10 MAR '16 10:54 USDC-ORP

I certify under the penalty of perjury from without the "United States" and from within the "United States of America" a foreign sovereign pursuant 28 U.S.C. §1746(1) and 28 U.S.C. §1605.

I HEREBY CERTIFY that on _March 8th_, 2016, I filed the foregoing documents.

1) Affidavit Qui Tacit Consentive Veditur
2) EXHIBIT A - Denial letter with official veil removal
3) EXHIBIT B - Proof of voided jurisdiction
4) EXHIBIT C - Rule NISI Equity Financing Statement for Additional Security on Supersedeas Bond

BY HAND_____ BY MAIL__X__          BY HAND_____ BY MAIL__X__

TO: U.S. District Court
    Court Clerk
    1000 SW 3rd Ave #740
    Portland, Oregon [97204]

TO: U.S. Congress
    East Capitol St. NE &
    First St. SE
    Washington, DC 20004

FROM:   SSKTR Embassy of Peace
        William X Nietzche
        c/o 4406 N. Mississippi Avenue
        Portland, Oregon [97217]

_/s/ William X Nietzche ©_       witness _/s/ JM Kinney_ @ All Rights Reserved, droit

William X Nietzche -Common Law Exchequer Fact Finder- Judicial Meridial Dignitaries/ Supreme Chief Minister/Co-Founder of SSKTR© **ALL RIGHTS RESERVED, DROIT. Signature made parallel to UCC 1-308, 2-211, 2-213**